UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 15-83-DLB

PEGGY BENTLEY                                                             PLAINTIFF

vs.                          **JUDGMENT**

CAROLYN W. COLVIN, Acting
Commissioner of Social Security                                 DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Federal Rule of Civil Procedure 58, and pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. The administrative decision is **REVERSED**, and the action is **REMANDED** for further consideration by the Commissioner;

2. On remand, the ALJ shall address whether Plaintiff's liver disease meets Listing 5.05 as required at Step 3 of the disability determination process. The ALJ shall then proceed to Steps 4 and 5 if necessary.

3. This action is **STRICKEN** from the active docket of the Court.

This 31st day of August, 2016.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\7-15-83 Bentley Judgment.wpd